J. Blair Cuthbert et al., appellants,

*v.*

Arthur Y. McNeill et al., respondents.

[Decided May 20th, 1929.]

*Mr. Philip Wendkos,* for the appellants.

*Messrs. Starr, Summerill & Lloyd* and *Mr. Louis B. Le-Duc,* for the respondents.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming, and reported in *103 N. J. Eq. 184.*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Kalisch, Black, Campbell, Lloyd, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 13.

*For reversal*—None.